[No. 43825-5-I.  Division One.  January 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. B.H., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-05107-0, Patricia H. Clark, J., entered December 9, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 44305-4-I.  Division One.  January 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN V. NICHOLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-03842-1, James Bryan Street, J., entered March 8, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 45725-0-I.  Division One.  January 22, 2001.]

SANDRA RADCLIFFE, ET AL., *Respondents*, v. NETWORK AMERICAN LIFE INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-2-04582-9, Gerald L. Knight, J., entered November 10, 1999. *Reversed* by unpublished per curiam opinion.

[No. 43099-8-I.  Division One.  January 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAY ALLEN CARLSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01999-5, Ronald L. Castleberry, J., entered July 1, 1998. *Dismissed* by unpublished per curiam opinion.